IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DAVID SCOTT KOVEN SR., and ROXANNE DIANE KOVEN, | ) ) ) | |
| Plaintiffs, | ) ) ) | 8:10CV373 |
| V. | ) ) | |
| TODD HAMMOND, Plattsmouth Police Officer, LEROY LEWIS, Plattsmouth Police Officer, DAVID MURDOCH, Plattsmouth Police Chief, ROBERT SORENSON, Plattsmouth Police Officer, ANDREW KENAN, Plattsmouth Police Detective, DAVID WALKER, Plattsmouth Police Detective, and CITY OF PLATTSMOUTH, The, Nebraska, | ) ) ) ) ) ) ) ) ) ) ) | ORDER |
| Defendants. | ) ) | |

Elizabeth M. Skinner has filed a Motion for Leave to Withdraw as Counsel for Defendants (filing 30). The motion will be granted.

**IT IS ORDERED:**

1. Elizabeth M. Skinner's Motion for Leave to Withdraw as Counsel for Defendants (filing 30) is granted.

2. The Clerk shall terminate Ms. Skinner's appearance as counsel for Defendants.

3. The Clerk shall terminate future notices to Ms. Skinner in this matter.

4. Defendants shall continue to be represented by Christopher J. Tjaden and Jennifer R. Petersen of Gross & Welch, P.C., L.L.O.

**DATED September 23, 2011.**

BY THE COURT:

S/ F.A. Gossett
**United States Magistrate Judge**