IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DAVID SCOTT KOVEN SR., and ROXANNE DIANE KOVEN, | ) ) ) | |
| Plaintiffs, | ) ) | 8:10CV373 |
| V. | ) ) | |
| TODD HAMMOND, Plattsmouth Police Officer, LEROY LEWIS, Plattsmouth Police Officer, DAVID MURDOCH, Plattsmouth Police Chief, ROBERT SORENSON, Plattsmouth Police Officer, ANDREW KENAN, Plattsmouth Police Detective, DAVID WALKER, Plattsmouth Police Detective, and CITY OF PLATTSMOUTH, The, Nebraska, | ) ) ) ) ) ) ) ) ) ) ) | ORDER |
| Defendants. | ) ) | |

This matter is before the court on Jennifer R. Petersen's Motion for Leave to Withdraw as Counsel of Record for Defendants (filing 40). The Motion will be granted.

**IT IS ORDERED:**

1. Jennifer R. Petersen's Motion for Leave to Withdraw as Counsel of Record for Defendants (filing 40) is granted.

2. The Clerk of Court shall terminate the appearance of Jennifer R. Petersen in this matter and terminate future notices to Jennifer R. Petersen regarding this case.

**DATED January 20, 2012.**

BY THE COURT:

S/ F.A. Gossett
**United States Magistrate Judge**