IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **DAVID SCOTT KOVEN SR., and ROXANNE DIANE KOVEN,** | ) ) ) | |
| Plaintiffs, | ) ) | 8:10CV373 |
| V. | ) ) | |
| **TODD HAMMOND**, Plattsmouth Police Officer, **LEROY LEWIS**, Plattsmouth Police Officer, **DAVID MURDOCH**, Plattsmouth Police Chief, **ROBERT SORENSON**, Plattsmouth Police Officer, **ANDREW KENAN**, Plattsmouth Police Detective, and **DAVID WALKER**, Plattsmouth Police Detective, | ) ) ) ) ) ) ) ) ) ) | ORDER |
| Defendants. | ) | |

On July 9, 2013, Diana Vogt and the law firm of Sherrets Bruno & Vogt LLC moved to withdraw as counsel for Plaintiffs (filing 80). An amended motion to withdraw (filing 83) was filed on July 11, 2013. Upon consideration of the matter, the amended motion to withdraw will be granted, and the original motion to withdraw will be denied as moot.

Accordingly,

**IT IS ORDERED:**

1. The Amended Motion to Withdraw (filing 83) is granted.

2. Ms. Vogt and the law firm of Sherrets Bruno & Vogt LLC shall immediately serve copies of this Order on Plaintiffs and thereafter file **proof of service** showing compliance with this Order, listing the names and addresses of the persons to whom notice was sent. **Ms. Vogt and Sherrets Bruno & Vogt LLC will not be relieved of applicable duties to the Court, Plaintiffs, and opposing counsel until proof of service is filed.**

3. Upon the filing of proof of service pursuant to Paragraph 2 of this Order, Plaintiffs will be deemed to be proceeding *pro se*, that is, without the assistance of counsel, **unless** substitute counsel has entered a written appearance on their behalf. If substitute counsel has not entered a written appearance, Plaintiffs shall file a written notice with the Clerk of the Court of Plaintiffs' current address and telephone number within five (5) business days of being served with this Order. Plaintiffs may retain substitute counsel at any time, however, until such time as substitute counsel enters a written appearance, Plaintiffs shall comply with all orders of this Court, the Federal Rules of Civil Procedure, and the Local Rules of Practice. Failure to comply with these requirements may result in the imposition of sanctions, including payment of costs and attorney's fees and/or the entry of default.

4. Upon the submission of proof of service as described in Paragraph 2 of this Order, the Clerk of Court shall terminate Ms. Vogt and Sherrets Bruno & Vogt LLC as counsel for Plaintiffs and cease further notices to them in this matter.

3. The original Motion to Withdraw (filing 80) is denied as moot.

**DATED July 12, 2013.**

                                             **BY THE COURT:**

                                             **S/ F.A. Gossett**
                                             **United States Magistrate Judge**