## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DAVID SCOTT KOVEN, SR., and ROXANNE DIANE KOVEN,  )<br><br>Plaintiffs,  )<br><br>vs.  )<br><br>TODD HAMMOND, Plattsmouth Police Officer; LEROY LEWIS, Plattsmouth Police Officer; DAVID MURDOCH, Plattsmouth Police Chief; ROBERT SORENSON, Plattsmouth Police Officer; ANDREW KENAN, Plattsmouth Police Officer; DAVID WALKER, Plattsmouth Police Detective,  )<br><br>Defendants.  ) | Case No. 8:10CV373<br><br>ORDER |

This case is before the court on the plaintiffs' Motion to Change From Jury Trial to Bench Trial [106]. Defendants do not oppose the motion [108].

Accordingly,

**IT IS ORDERED:**

1. The plaintiff's Motion to Change From Jury Trial to Bench Trial [106] is granted. The case will be removed from the jury docket and will be tried to the court.

2. Pursuant to the court's Order Setting Final Schedule for Progression of Case [53] a pretrial conference is scheduled for 10/28/2013 at 1:00 P.M., in Courtroom 6, 2nd Floor of the Roman L. Hruska United States Courthouse.

3.  Given this ruling, and the statements made by plaintiffs in connection with their pending Motion in Limine [109], plaintiffs shall, on or before October 16, 2013, advise the court if a ruling on their Motion in Limine [109] is necessary.

Dated this 9th day of October 2013.

BY THE COURT:

s/ F.A. Gossett, III
United States Magistrate Judge