IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| KOVEN ET AL. | ) | Case No.  8:10CV373 |
| | ) | |
| Plaintiff, | ) | ORDER |
| | ) | TO WITHDRAW EXHIBITS |
| vs. | ) | OR TO SHOW CAUSE WHY |
| | ) | EXHIBITS SHOULD NOT BE |
| HAMMOND ET AL. | ) | DESTROYED |
| | ) | |
| Defendant. | ) | |

Pursuant to NECivR 79.1(f) or NECrimR 55.1(g), counsel for the parties shall either 1) withdraw the following exhibits previously submitted in this matter within 15 calendar days of the date of this order, or 2) show cause why the exhibits should not be destroyed:

Plaintiff's Exhibit Nos. 13A, 13B, 13C, 15, 62  from  Non-Jury Trial  held 11/6/2013.

If counsel fails to withdraw these exhibits as directed or to show cause why the exhibits should not be destroyed, the clerk's office is directed to destroy the listed exhibits without further notice to the parties or order from the court.

**IT IS SO ORDERED.**

DATED this 12th day of February, 2015.

BY THE COURT

s/ F.A. Gossett
United States Magistrate Judge